**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 04 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRED J. PETERS and EAST WEST TRUCK AND REPAIR, a business entity, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> EQUIFAX COMMERICAL SOLUTIONS, a corporation, <br><br> Defendant - Appellant. | No. 14-56637 <br><br> D.C. No. 2:13-cv-05595-TJH-OP <br><br> ORDER[*] |

Appeal from the United States District Court
for the Central District of California
Terry J. Hatter, Senior District Judge, Presiding

Submitted November 17, 2014[**]
Pasadena California

Before: W. FLETCHER and BYBEE, Circuit Judges and SINGLETON,[***] Senior District Judge.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***]     The Honorable James K. Singleton, Senior District Judge for the U.S. District Court for the District of Alaska, sitting by designation.

The parties have jointly represented to the Court that defendant-appellant's appeal has been rendered moot. Accordingly, the memorandum disposition previously filed in this case, dated December 4, 2014, is VACATED. The Court's order requesting supplemental letter briefs from the parties, dated March 2, 2015, is WITHDRAWN. This appeal is DISMISSED as moot. The parties shall bear their own costs on appeal. The mandate shall issue forthwith.